UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No: 1:16-cr-16

v.

                                      HON. JANET T. NEFF

LUIS DE LA CRUZ,
a/k/a ANGEL MANUEL OSORIO,
a/k/a LUIS EDWIN PEREZ,
a/k/a JESUS RODRIGUEZ,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed on August 30, 2016 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1. The Report and Recommendation of the Magistrate Judge (Dkt 17) is approved and adopted as the opinion of the Court.

    2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

Dated: September 19, 2016                    /s/Janet T. Neff
                                                                                    JANET T. NEFF
                                                                                   United States District Judge